# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1775

_____

United States of America,

*Plaintiff - Appellee,*

v.

Todd Richard McDonald,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: November 26, 2018
Filed: November 29, 2018
[Unpublished]

_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Todd McDonald pleaded guilty to possession of a firearm by a prohibited person, and the district court[1] imposed sentence. McDonald filed a notice of appeal.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), in which he challenges the term of supervised release.

McDonald contends that the district court committed procedural error by failing to explain adequately its reasons for imposing a 3-year term of supervised release. But McDonald did not object at sentencing to the adequacy of the court's explanation, and we conclude that there was no plain procedural error. We also conclude that the district court did not impose an unreasonable sentence. The court properly considered the relevant sentencing factors and did not commit a clear error of judgment in weighing relevant factors. *See* 18 U.S.C. §§ 3553(a), 3583(c).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____